PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 14223)
JESSE SISGOLD (Bar No. 222403)
E-Mail: anna.mclean@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Defendants
WASHINGTON MUTUAL BANK and
MARK ST. PIERRE

E-filing

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.: CV 07 6020<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[LOCAL RULE 3-16] |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Capital Research and Management Company is a significant shareholder of Washington Mutual, and as such has a financial interest in a party to this proceeding.

Dated: November 28, 2007              HELLER EHRMAN LLP

                                      By _____
                                         ANNA S. McLEAN
                                         Attorneys for Defendants
                                         WASHINGTON MUTUAL BANK and
                                         MARK ST. PIERRE

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS