1 | PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 14223)
2 | JESSE SISGOLD (Bar No. 222403)
E-Mail: anna.mclean@hellerehrman.com
3 | HELLER EHRMAN LLP
333 Bush Street
4 | San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
5 | Facsimile: +1 (415) 772-6268

6

Attorneys for Defendants

**E-filing**

7 | WASHINGTON MUTUAL BANK and
MARK ST. PIERRE

8

9

10 |                  UNITED STATES DISTRICT COURT

11 |               NORTHERN DISTRICT OF CALIFORNIA

12 |                   SAN FRANCISCO DIVISION

13 | NMSBPCSLDHB, a California limited     Case No.:
partnership,
14 |                                       **PROOF OF SERVICE**
                            Plaintiff,
15
        v.
16
WASHINGTON MUTUAL BANK, a federal
17 | savings association; MARK ST. PIERRE, an
individual; and DOES 1 THROUGH 10,
18
                            Defendants.
19

20

21

22

23

24

25

26

27

28

I, Michael Ewers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On November 28, 2007, I served the following document(s):

**CIVIL CASE COVER SHEET**

**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(B) (DIVERSITY OF CITIZENSHIP)**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**NOTICE TO SUPERIOR COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

on the interested parties in this action:

| | |
|---|---|
| Gregory N. Dolton, Esq. | Jeffrey Huron, Esq. |
| 708 Blossom Hill Road, Suite 208 | Huron Law Group |
| Los Gatos, CA 95032 | 1875 Century Park East, Suite 1000 |
| Tel:    408-395-0101 | Los Angeles, CA 90067 |
| Fax:    408-399-7542 | Tel:    310-284-3400 |
| E-Mail: gndolton@yahoo.com | Fax:    310-772-0037 |
| | E-Mail:  jhuron@huronlaw.com |

[X]  **BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[X]  **BY FACSIMILE TRANSMISSION**: I transmitted such documents by facsimile as indicated above.

[ ]  BY PERSONAL SERVICE: I caused the document(s) to be delivered by hand.

1    [ ]    BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered to the above

2    parties on the following business day by FEDERAL EXPRESS service.

3    I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, that this declaration is executed on November 28, 2007, at

4    San Francisco, California; and that I am employed in the office of a member of the bar of

5    this Court at whose direction the service was made.

6    *Michael Ewers* (signature)

**Michael Ewers**

7

8    SF 1426807 v1
11/28/07 2:11 PM (26292.0008)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE