**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

December 5, 2007

Jeffrey Huron                          Anna S. McLean
Huron Law Group                        Heller Ehrman LLP
1875 Century Park East                 333 Bush Street
Los Angeles, CA 90067                  San Francisco, CA 94104-2878

**Re:    NMSBPCSLDHB  v. WASHINGTON MUTUAL BANK**
          C07-06020 (JCS)

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **December 19, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                        Sincerely,

                                        RICHARD W. WIEKING

                                        By: Karen L.Hom
                                            Deputy Clerk

Attachments

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7   NMSBPCSLDHB,                              No.  C 07-06020 JCS
8              Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A**
                                             **UNITED STATES MAGISTRATE JUDGE**
9         v.
10  WASHINGTON MUTUAL BANK,  ET AL.,
11            Defendant(s).
12  _____/
13
14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19  Appeals for the Ninth Circuit
20
21  Dated: _____          _____
22                                          Signature
23                                          Counsel for _____
24                                          (Name or party or indicate "pro se")
25
26
27
28

**United States District Court**
For the Northern District of California

2

United States District Court

For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    NMSBPCSLDHB,                                No.  C 07-06020 JCS
8                Plaintiff(s),
                                                 **DECLINATION TO PROCEED BEFORE**
9         v.                                     **A MAGISTRATE JUDGE**
                                                 **AND**
10   WASHINGTON MUTUAL BANK, ET AL.,             **REQUEST FOR REASSIGNMENT TO A**
                                                 **UNITED STATES DISTRICT JUDGE**
11               Defendant(s).
12   _____/
13
14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15        The undersigned party in the above-captioned civil matter hereby declines to consent to the
16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17   requests the reassignment of this case to a United States District Judge.
18
19
20   Dated: _____         _____
                                                 Signature
21
22                                               Counsel for _____
23                                               (Name or party or indicate "pro se")
24
25
26
27
28

3