| | |
|---|---|
| 1 | PETER S. HECKER (Bar No. 66159) |
|   | ANNA S. McLEAN (Bar No. 14223) |
| 2 | JESSE P. SISGOLD (Bar No. 222403) |
|   | E-Mail: anna.mclean@hellerehrman.com |
| 3 | HELLER EHRMAN LLP |
|   | 333 Bush Street |
| 4 | San Francisco, CA  94104-2878 |
|   | Telephone: +1 (415) 772-6000 |
| 5 | Facsimile: +1 (415) 772-6268 |
| 6 | Attorneys for Defendants |
|   | WASHINGTON MUTUAL BANK and |
| 7 | MARK ST. PIERRE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership, | Case No.:  C 07 06020 PJH |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| v. | |
| WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10, | Date: January 30, 2008 |
| | Time: 9:00 a.m. |
| Defendants. | Courtroom: 3 |
| WASHINGTON MUTUAL BANK, | Related to Case No.:  C 07 00280 PJH |
| Plaintiff, | |
| v. | |
| NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust, | |
| Defendants. | |

This Court may take judicial notice of adjudicative facts not subject to reasonable dispute in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201. The Court may specifically take notice of a document referred to in the complaint when ruling on a motion to dismiss. *See Copple v. Astrella & Rice, P.C.*, 442 F. Supp. 2d 829, 834 (N.D. Cal. 2006) (documents whose contents are referenced in complaint and whose authenticity no party questions are proper subject of judicial notice); *see also Swartz v. KPMG,* 476 F.3d 756, 763 (9th Cir. 2007) ("a court may consider a writing referenced in a complaint . . . if the complaint relies on the document and its authenticity is unquestioned"). Defendants Washington Mutual Bank ("WaMu") and Mark St. Pierre respectfully request that this Court take judicial notice of the following document:

Attached as Exhibit A is a true and correct copy of the Additional Security Agreement ("ASA"), filed by WaMu as Exhibit A to the complaint in *Washington Mutual Bank v. NMSBPCSLDHB, et al.*, C 07 0280 PJH. In addition, NMSBPCSLDHB references the ASA in paragraph 16 of its complaint in the instant action and alleges that the ASA is attached thereto as Exhibit 1. However, the document was not attached to the complaint on file with this Court.

Dated: December 5, 2007                    HELLER EHRMAN LLP


By */s/ Anna S. McLean*
    ANNA S. McLEAN
    Attorneys for Defendants
    WASHINGTON MUTUAL BANK and
    MARK ST. PIERRE