IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>       Plaintiff,<br><br> v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>       Defendants. | Case No.: C 07 06020 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: January 30, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| WASHINGTON MUTUAL BANK,<br><br>       Plaintiff,<br><br> v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust,<br><br>       Defendants. | Related to Case No.: C 07 00280 PJH |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS: CASE NO. C 07 06020 PJH

1  On January 30, 2008, at 9:00 a.m., Defendants' Motion to Dismiss Complaint came
2  on regularly for hearing before this Court.  After full consideration of the pleadings
3  submitted by the parties, as well as oral argument thereon, Defendants' Motion to Dismiss
4  is hereby **GRANTED**.  **IT IS FURTHER ORDERED** that because plaintiff is unable to
5  cure the defects of the complaint, the complaint is hereby **DISMISSED WITH**
6  **PREJUDICE**.

8  **IT IS SO ORDERED**, this ____ day of _____, 2008.

By: _____
The Honorable Phyllis J. Hamilton
United States District Judge