UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 19, 2007           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-0280 PJH

**Case Name:** Washington Mutual Bank v. NMSBPCSLDHB, et al.

**Attorney(s) for Plaintiff:**   Anna S. McLean; Peter S. Hecker
**Attorney(s) for Defendant:**   Jeffrey G. Huron

**Deputy Clerk:** Nichole Heuerman           **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

    Defendants Motion to Dismiss or Stay Action-DENIED as stated on the record. Plaintiff's motion for summary judgment will be heard on January 30, 2008 at 9:00 a.m. The motion to dismiss in related case C 07-6020 will not go forward until the ruling on pending motion for summary judgment in this case.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file