Gregory N. Dolton, State Bar No. 159451
Gregory N. Dolton, Attorney at Law
708 Blossom Hill Road, No. 208
Los Gatos, California 95032
Telephone: 408.399.7540
Fax: 408.399.7542

Jeffrey Huron, State Bar No. 136585
jhuron@huronlaw.com
Bradley Kramer, State Bar No. 234351
bkramer@huronlaw.com
HURON LAW GROUP
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: 310.284.3400
Facsimile: 310.772.0037

Attorneys for Plaintiff NMSBPCSLDHB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>       Plaintiff,<br><br>       v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>       Defendants. | CASE NO. 07 CV 06020 PJH<br><br>The Honorable Phyllis J. Hamilton<br>Courtroom 3<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>**No Hearing Required [Civ. L.R. 6-3(d)]** |

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO REMAND

# [PROPOSED] ORDER

The Court, having considered the written submissions of the parties in connection with Plaintiff NMSBPCSLDHB's Motion to Shorten Time for Hearing Plaintiff's Motion to Remand Action to State Court (the "Motion to Shorten Time"), finds there is good cause to grant such motion. Therefore,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten Time is granted;

2. The February 27, 2008 hearing on Plaintiff's Motion to Remand Action to State Court (the "Motion to Remand") is vacated and a new hearing on such much motion is set for _____ a.m. on January _____, 2008; and

3. Defendants' opposition to the Motion to Remand must be filed and personally served on opposing counsel or before January _____, 2008, and Plaintiff's reply brief in support of such motion must be filed and personally served on opposing counsel or before January _____, 2008.

DATED:

_____
HON. PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA