PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 14223)
JESSE SISGOLD (Bar No. 222403)
E-Mail: anna.mclean@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Defendants
WASHINGTON MUTUAL BANK
and MARK. ST. PIERRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>     Plaintiff,<br><br> v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>     Defendants. | Case No.: C 07 06020 PJH<br><br>**DECLARATION OF ANNA S. McLEAN IN OPPOSITION TO ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON MOTION TO REMAND** |
| WASHINGTON MUTUAL BANK,<br><br>     Plaintiff,<br><br> v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partners of NMSBPCSLDHB; and Robert M. Granum, II, as Trustee of the Granum Family Trust,<br><br>     Defendants. | Case No.: C 07 00280 PJH |

I, Anna S. McLean, hereby declare:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a shareholder of Heller Ehrman LLP, counsel of record to defendants Washington Mutual Bank ("WaMu") and Mark St. Pierre in this matter. I have personal knowledge of each of the matters set forth herein, and, if called upon to do so, could testify competently to their truth.

2. On December 19, 2007, I attended the hearing on the motion of NMSBPCSLDHB, the Granum Family Trust, and Robert M. Granum, II (referred to herein as "defendants" with respect to both related cases, for ease of reference) to dismiss or stay the action entitled *Washington Mutual Bank v. NMSBPCSLDHB,* Case No. C 07 0280 PJH. A true and correct copy of the reporter's transcript of that hearing is attached hereto as Exhibit A.

3. No one on behalf of defendants ever contacted me to request a stipulation to advance the hearing date of either defendants' motion to remand in the action entitled *NMSBPCSLDHB v. Washington Mutual Bank,* Case No. 07 CV 06020 PJH, or defendants' motion to stay/dismiss in the action entitled *Washington Mutual Bank v. NMSBPCSLDHB,* Case No. C 07 0280 PJH. The only communication I received asked WaMu to stipulate to *remand. See* Declaration(s) of Bradley Kramer, filed in both related actions on January 7, 2007, Exhibit A. The Kramer Declaration grossly mischaracterizes this letter as having "requested hearing date changes," when it did no such thing. Kramer Decl. ¶ 7 & Ex. A.

4. The proposed time modifications will cause unnecessary delay, significant additional expense, and waste of judicial resources. As detailed in WaMu's Opposition to Defendants' Administrative Motion to Change Time, filed herewith, both the motion to remand and the motion to dismiss/stay are predicated on the filing of an unauthorized and improper First Amended Complaint in the *NMSBPCSLDHB v. Washington Mutual Bank,* Case No. 07 CV 06020 PJH action. If the First Amended Complaint is to be considered, it must be by way of properly noticed motion under 28 U.S.C. § 1447(e) and related case law.

Advancing the hearing date on defendants' motions would preclude that process, causing substantial prejudice to WaMu.

5.   In addition, advancing the hearing date of defendants' motions would, as a practical matter, require that WaMu's summary judgment motion in the *Washington Mutual Bank v. NMSBPCSLDHB,* Case No. C 07 0280 PJH action be postponed yet again, since it would not be possible to adequately brief both motions by the present summary judgment hearing date of January 30, 2008.  Indeed, WaMu's opposition deadline to the motion to remand and motion to dismiss/stay has already passed under the Court's normal motion timetable, if the motions were to be re-set for January 30 or earlier.  By contrast, proceeding with the hearing of the summary judgment motion on January 30 may well result in rulings that would end or substantially narrow both related actions on the merits.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 10, 2007, at San Francisco, California.

*/s/ Anna S. McLean*
ANNA S. McLEAN

2
DECLARATION OF ANNA S. MCLEAN IN OPPOSITION TO ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON MOTION TO REMAND – C 07 06020 PJH