| | |
|---|---|
| 1 | PETER S. HECKER (Bar No. 66159) |
| | ANNA S. McLEAN (Bar No. 14223) |
| 2 | JESSE SISGOLD (Bar No. 222403) |
| | E-Mail: anna.mclean@hellerehrman.com |
| 3 | HELLER EHRMAN LLP |
| | 333 Bush Street |
| 4 | San Francisco, CA  94104-2878 |
| | Telephone: +1 (415) 772-6000 |
| 5 | Facsimile: +1 (415) 772-6268 |
| 6 | Attorneys for Defendants |
| | WASHINGTON MUTUAL BANK |
| 7 | and MARK ST. PIERRE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership, | Case No.:  C 07 06020 PJH |
| Plaintiff, | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON MOTION TO REMAND** |
| v. | |
| WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10, | |
| Defendants. | |
| WASHINGTON MUTUAL BANK, | Case No.: C 07 00280 PJH |
| Plaintiff, | |
| v. | |
| NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partners of NMSBPCSLDHB; and Robert M. Granum, II, as Trustee of the Granum Family Trust, | |
| Defendants. | |

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON MOTION TO REMAND – C 07 06020 PJH

1  Before the Court is plaintiff's application for an order shortening time for hearing on
2  its motion to remand.
3  Having reviewed plaintiff's request and all supporting documentation, the Court
4  finds that good cause is lacking either to grant shortened time or to continue Washington
5  Mutual's motion for summary judgment in the *Washington Mutual Bank v.*
6  *NMSBPCSLDHB* action, Case No. 07 CV 00280 PJH. The motion for summary judgment
7  shall be heard at its presently-noticed date and time of January 30, 2008 at 9:00 a.m.
8  Accordingly, the Court hereby DENIES the request to shorten time.
9  IT IS SO ORDERED.

Dated: _____, 2008

_____
Phyllis J. Hamilton
United States District Judge