PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 14223)
JESSE SISGOLD (Bar No. 222403)
E-Mail: anna.mclean@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partners of NMSBPCSLDHB; and Robert M. Granum, II, as Trustee of the Granum Family Trust,<br><br>　　　　　　　　Defendants. | Case No.: C 07 00280 PJH<br><br>**[~~PROPOSED~~] ORDER DENYING ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON DEFENDANTS' MOTION TO DISMISS OR STAY ACTION** |
| NMSBPCSLDHB, a California limited partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>　　　　　　　　Defendants. | Case No.: C 07 06020 PJH |

1  Before the Court is defendants' application for an order shortening time for hearing
2  on its motion to dismiss or stay action in favor of remanded state action, or, in the
3  alternative, for an order continuing the hearing date on plaintiff's motion for summary
4  judgment.
5  Having reviewed defendants' request and all supporting documentation, the Court
6  finds that good cause is lacking either to grant shortened time or to continue Washington
7  Mutual's motion for summary judgment in the *Washington Mutual Bank v.*
8  *NMSBPCSLDHB* action, Case No. 07 CV 00280 PJH. The motion for summary judgment
9  shall be heard at its presently-noticed date and time of January 30, 2008 at 9:00 a.m.
10 Accordingly, the Court hereby DENIES the request to shorten time.
11 IT IS SO ORDERED.

Dated: January 11, 2008



_____
Phyllis J. Hamilton
United States District Judge

1
[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CHANGE TIME FOR HEARING ON
DEFENDANTS' MOTION TO DISMISS OR STAY ACTION – CASE NO. C 07 00280 PJH