PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 14223)
JESSE P. SISGOLD (Bar No. 222403)
E-Mail: anna.mclean@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Defendants
WASHINGTON MUTUAL BANK and
MARK ST. PIERRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.:  C 07 6020 PJH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT**<br><br>Date: February 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| WASHINGTON MUTUAL BANK,<br><br>                    Plaintiff,<br><br>     v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust,<br><br>                    Defendants. | Related to Case No.:  C 07 0280 PJH |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT – CASE NO. C 07 6020 PJH

Pursuant to Federal Rule of Evidence 201, defendants Washington Mutual Bank ("WaMu") and Mark St. Pierre respectfully request that the Court take judicial notice of certain documents filed, and a hearing transcript recorded, in the related action before this Court, *Washington Mutual Bank v. NMSBPCSLDHB, et al.*, C 07 0280 PJH ("WaMu Action"). This Court may take judicial notice of adjudicative facts not subject to reasonable dispute in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201.

It axiomatic that judicial notice may be taken of documents filed and orders or decisions entered in *any* federal or state court, let alone those already on file in *this* Court. *See, e.g., Asher Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, n. 1 (9th Cir. 1996) (request granted regarding filings and court orders from related proceedings before the court); *Kinnett Dairies, Inc. v. Farrow*, 580 F.2d 1260, 1277 (5th Cir. 1978) (request granted for documents in court's own files from prior proceedings – "court has no duty to grind the same corn a second time"); *Postx Corp. v. Secure Data in Motion, Inc.*, 2004 U.S. Dist. LEXIS 24260 *7, n. 1 (N.D. Cal. 2004) (request granted for previous filings *and* hearing transcript in court's own files).

Defendants, therefore, request that this Court take judicial notice of the following:

A.    December 19, 2007 Hearing Transcript for NMSBPCSLDHB's ("NMSB's") Motion to Dismiss or Stay the WaMu Action (attached hereto as Exhibit A).

B.    Complaint for Declaratory Relief in WaMu Action, filed with this Court on January 16, 2007, Docket No. 1.[1]

C.    Order Denying Motion to Dismiss or in the Alternative, Stay in the WaMu Action, entered by this Court on December 21, 2007, Docket No. 50.

---

[1] WaMu recognizes that it is customary, although not required by Rule 201, to attach copies of the documents of which judicial notice is requested. In the interest of saving resources, WaMu has instead referred to the title, date and docket number of the filings in related action of which it asks the Court to take judicial notice, since they are already in the Court's file. If the Court would prefer that WaMu submit copies of these documents, it is happy to do so.

D.     NMSB's Reply Brief in Support of Motion to Dismiss or Stay Action in Favor of Parallel State Court Action in the WaMu Action and attached Declaration of Jeffrey Huron, filed with this Court on December 5, 2007, Docket No. 46.

E.     Declaration of Robert M. Granum II in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment, filed with this Court on November 7, 2007, Docket No. 30.

Dated:  January 16, 2008                    HELLER EHRMAN LLP


                                            By */s/ Anna S. McLean*
                                                  ANNA S. McLEAN
                                               Attorneys for Defendants
                                               WASHINGTON MUTUAL BANK and
                                               MARK ST. PIERRE