1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.: C 07 6020 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT**<br><br>Date: February 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| WASHINGTON MUTUAL BANK,<br><br>                    Plaintiff,<br><br>     v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust,<br><br>                    Defendants. | Related to Case No.: C 07 0280 PJH |

1  On February 20, 2008, at 9:00 a.m., Defendants' Motion to Strike First Amended Complaint came on regularly for hearing before this Court. After full consideration of the pleadings submitted by the parties, as well as oral argument thereon, Defendants' Motion to Strike is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Original) Complaint, filed with this Court on December 5, 2007, shall be heard on _____, 2008, at 9:00 a.m.

**IT IS SO ORDERED**, this ____ day of _____, 2008.

By: _____
The Honorable Phyllis J. Hamilton
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT:
CASE NO. C 07 6020 PJH