| | |
|---|---|
| 1 | PETER S. HECKER (Bar No. 66159) |
| | ANNA S. McLEAN (Bar No. 14223) |
| 2 | JESSE P. SISGOLD (Bar No. 222403) |
| | E-Mail: anna.mclean@hellerehrman.com |
| 3 | HELLER EHRMAN LLP |
| | 333 Bush Street |
| 4 | San Francisco, CA  94104-2878 |
| | Telephone: +1 (415) 772-6000 |
| 5 | Facsimile: +1 (415) 772-6268 |
| 6 | Attorneys for Defendants |
| | WASHINGTON MUTUAL BANK and |
| 7 | MARK ST. PIERRE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership, | Case No.:  C 07 6020 PJH |
| Plaintiff, | **_CORRECTED_ REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT [ADDING EXHIBITS]** |
| v. | |
| WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10, | Date: February 20, 2008 |
| Defendants. | Time: 9:00 a.m. |
| | Courtroom: 3 |
| WASHINGTON MUTUAL BANK, | Related to Case No.:  C 07 0280 PJH |
| Plaintiff, | |
| v. | |
| NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust, | |
| Defendants. | |

1    Pursuant to Federal Rule of Evidence 201, defendants Washington Mutual Bank
2  ("WaMu") and Mark St. Pierre respectfully request that the Court take judicial notice of
3  certain documents filed, and a hearing transcript recorded, in the related action before this
4  Court, *Washington Mutual Bank v. NMSBPCSLDHB, et al.*, C 07 0280 PJH ("WaMu
5  Action"). This Court may take judicial notice of adjudicative facts not subject to reasonable
6  dispute in that they are "capable of accurate and ready determination by resort to sources
7  whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201.
8    It axiomatic that judicial notice may be taken of documents filed and orders or
9  decisions entered in *any* federal or state court, let alone those already on file in *this* Court.
10 *See, e.g., Asher Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, n. 1 (9th Cir. 1996)
11 (request granted regarding filings and court orders from related proceedings before the
12 court); *Kinnett Dairies, Inc. v. Farrow*, 580 F.2d 1260, 1277 (5th Cir. 1978) (request
13 granted for documents in court's own files from prior proceedings – "court has no duty to
14 grind the same corn a second time"); *Postx Corp. v. Secure Data in Motion, Inc.*, 2004 U.S.
15 Dist. LEXIS 24260 *7, n. 1 (N.D. Cal. 2004) (request granted for previous filings *and*
16 hearing transcript in court's own files).
17   Defendants, therefore, request that this Court take judicial notice of the following:
18   A.    December 19, 2007 Hearing Transcript for NMSBPCSLDHB's ("NMSB's")
19 Motion to Dismiss or Stay the WaMu Action (attached hereto as Exhibit A).
20   B.    Complaint for Declaratory Relief in WaMu Action, filed with this Court on
21 January 16, 2007 (attached hereto as Exhibit B).
22   C.    Order Denying Motion to Dismiss or in the Alternative, Stay in the WaMu
23 Action, entered by this Court on December 21, 2007 (attached hereto as Exhibit C).
24   D.    NMSB's Reply Brief in Support of Motion to Dismiss or Stay Action in Favor
25 of Parallel State Court Action in the WaMu Action and attached Declaration of Jeffrey
26 Huron, filed with this Court on December 5, 2007 (attached hereto as Exhibit D).

1

E. Declaration of Robert M. Granum II in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment, filed with this Court on November 7, 2007 (attached hereto as Exhibit E).

Dated: January 16, 2008           HELLER EHRMAN LLP


By */s/ Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendants
WASHINGTON MUTUAL BANK and
MARK ST. PIERRE