UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** January 30, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-0280 PJH

**Case Name:** Washington Mutual Bank v. NMSBPCSLDHB, et al.

**Attorney(s) for Plaintiff:**    Anna S. McLean; Peter S. Hecker
**Attorney(s) for Defendant:**    Jeffrey G. Huron; Gregory Dolton

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Margo Gurule

**PROCEEDINGS**

The court informs defense counsel that the supplemental brief that was filed without leave of court is stricken.

Plaintiff''s Motion for Summary Judgment-Held. The court informs the parties that no ruling on this motion will be made at this time. Any briefing and hearing dates on any pending motion in this case and the related case C 07-6020 are vacated. The court to refer case to Magistrate Judge Zimmerman for a settlement conference to take place as soon as his calendar permits.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; BZ