United States District Court

For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5
6
7    WASHINGTON MUTUAL BANK,
8              Plaintiff,                          No. C 07-0280 PJH
9        v.                                        **ORDER DEFERRING RULING
                                                   ON MOTION FOR SUMMARY
10   NMSBPCSLDHB, et al.,                          JUDGMENT**
11             Defendants.
     _____/
12
     This order also relates to:
13
     NMSBPCSLDHB v. Washington Mutual Bank,
14   C 07-6020 PJH
15   _____/
16        Plaintiff's motion for summary judgment came on for hearing before this court on
17   January 30, 2008.  Plaintiff, Washington Mutual Bank ("plaintiff"), appeared through its
18   counsel, Anna S. McLean and Peter S. Hecker.  Defendant NMSBPCSLDHB ("defendant"),
19   appeared through its counsel, Jeffrey G. Huron and Gregory Dolton.  For the reasons
20   stated at the hearing, and in view of the court's January 31, 2008 order referring the parties
21   to Magistrate Judge Zimmerman for a settlement conference, the court hereby DEFERS its
22   ruling on plaintiff's motion.
23        All future hearing dates on pending motions are hereby VACATED, both in the
24   instant case, and in related case no. C 07-6020 PJH.  All briefing deadlines in connection
25   with all pending motions in both cases are also VACATED.
26        Upon completion of the final settlement conference with Judge Zimmerman (the
27   court anticipates that numerous sessions may be required), the parties are furthermore
28   instructed to contact the courtroom deputy for the undersigned within one week of

completion, in order to schedule a case management conference in both cases.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2