1  GREGORY N. DOLTON (No. 159451)
   GREGORY N. DOLTON, ATTORNEY AT LAW
2  708 Blossom Hill Road, No. 208
   Los Gatos, California 95032
3  Telephone: (408) 399-7450
   Facsimile: (408) 399-7542
4
   Attorney for Plaintiff
5  NMSBPCSLDHB

6  PETER S. HECKER (No. 66159)
7  ANNA S. McLEAN (No. 142233)
   HELLER EHRMAN LLP
8  333 Bush Street
   San Francisco, California 94104-2878
9  Telephone: (415) 772-6000
10 Facsimile: (415) 772-6268

11 Attorneys for Defendants
   WASHINGTON MUTUAL BANK
12 MARK ST. PIERRE

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17
   NMSBPCSLDHB, a California limited        Case No.:  C 07 06020 PJH
18 partnership,
                                            **STIPULATION AND**
19                           Plaintiff,     **DISMISSAL OF ACTION**
                                            **WITH PREJUDICE**
20       v.

21 WASHINGTON MUTUAL BANK, a federal
   savings association; MARK ST. PIERRE, an
22 individual; and DOES 1 THROUGH 10,

23                           Defendants.

24

25

26       IT IS HEREBY STIPULATED by and between the parties in this action, through

27 their designated counsel, that pursuant to the settlement agreement reached between the

28 parties, the above-captioned action be and hereby is dismissed pursuant to Federal Rules of

Heller
Ehrman
LLP
                                            1
   STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE: CASE NO.:  C 07 06020 PJH

1 | Civil Procedure, Rule 41(a)(1) in its entirety and with prejudice.

2 | DATED: September 11, 2008          GREGORY N. DOLTON, ATTORNEY AT LAW

By: _____
Gregory N. Dolton
Attorney for Plaintiff
NMSBPCSLDHB, a California limited partnership

DATED: September 11, 2008          HELLER EHRMAN LLP

By: _____
Anna S. McLean
Attorneys for Defendants
WASHINGTON MUTUAL BANK, et al.

Heller Ehrman LLP

2

STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE: CASE NO.: C 07 06020 PJH