GREGORY N. DOLTON (No. 159451)
GREGORY N. DOLTON, ATTORNEY AT LAW
708 Blossom Hill Road, No. 208
Los Gatos, California 95032
Telephone: (408) 399-7450
Facsimile: (408) 399-7542

Attorney for Plaintiff
NMSBPCSLDHB

PETER S. HECKER (No. 66159)
ANNA S. McLEAN (No. 142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
WASHINGTON MUTUAL BANK
MARK ST. PIERRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMSBPCSLDHB, a California limited partnership,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, a federal savings association; MARK ST. PIERRE, an individual; and DOES 1 THROUGH 10,<br><br>　　　　　　　　　　Defendants. | Case No.: C 07 06020 PJH<br><br>**STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between the parties in this action, through their designated counsel, that pursuant to the settlement agreement reached between the parties, the above-captioned action be and hereby is dismissed pursuant to Federal Rules of

1  Civil Procedure, Rule 41(a)(1) in its entirety and with prejudice.

2  DATED: September 11, 2008     GREGORY N. DOLTON, ATTORNEY AT LAW

By: _____
    Gregory N. Dolton
    Attorney for Plaintiff
    NMSBPCSLDHB, a California limited partnership

DATED: September 11, 2008     HELLER EHRMAN LLP

By: _____
    Anna S. McLean
    Attorneys for Defendants
    WASHINGTON MUTUAL BANK, et al.

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9/12/08

Heller Ehrman LLP

2

STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE: CASE NO.: C 07 06020 PJH